**Dismissed and Opinion Filed February 27, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00190-CR
No. 05-15-00191-CR

**GEORGE EARL ALLEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F08-57680-U, F14-54989**

## MEMORANDUM OPINION

Before Justices Francis, Lang-Miers, and Whitehill
Opinion by Justice Whitehill

George Earl Allen was convicted, following the adjudication of his guilt, of two aggravated assault with a deadly weapon offenses. Appellant pleaded true to the allegations in the motions to proceed with adjudication of guilt, and he was sentenced to three years' imprisonment in each case in accordance with plea agreements. Appellant waived his right to appeal as part of the plea agreements. *See Blanco v. State*, 18 S.W.3d 218, 219–20 (Tex. Crim. App. 2000). Accordingly, we dismiss the appeals for want of jurisdiction.

Do Not Publish
TEX. R. APP. P. 47
150190F.U05

/Bill Whitehill/
BILL WHITEHILL
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

GEORGE EARL ALLEN, Appellant

No. 05-15-00190-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 291st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F08-57680-U.
Opinion delivered by Justice Whitehill,
Justices Francis and Lang-Miers
participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered February 27, 2015.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

GEORGE EARL ALLEN, Appellant

No. 05-15-00191-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 291st Judicial District Court, Dallas County, Texas
Trial Court Cause No. F14-54989-U.
Opinion delivered by Justice Whitehill, Justices Francis and Lang-Miers participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered February 27, 2015.